*JOINTLY SUMBITTED*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LORENA CHAVEZ, | CASE NO: 2:16-cv-02776-JAD-GWF |
| Plaintiff, | |
| vs. | **ORDER**<br><br>ECF No. 37 |
| BODEGA LATINA CORPORATION, a Foreign Corporation, dba EL SUPER; and DOES I through 100, inclusive and ROE CORPORATIONS 101 through 200; | |
| Defendants. | |

<u>STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE</u>

IT IS HEREBY STIPULATED by the parties, by and through their respective counsel of record, that the above-entitled action shall be dismissed, with prejudice, each

party to bear its own attorneys' fees and costs;

Dated this 15th day of ~~August 2017~~ January 2018.         Dated this 18th day of August 2017.

BERNSTEIN AND POISSON                                          BAUMAN LOEWE WITT & MAXWELL

_____                              _____
ERIK BROMSON, ESQ.                                             MICHAEL C. MILLS, ESQ.
Nevada Bar No. 009986                                          Nevada Bar No. 003534
700 S. Jones Blvd.                                             AILEEN E. COHEN, ESQ
Las Vegas, NV 89107                                            Nevada Bar No. 005263
Phone: 702-256-4566                                            3650 N. Rancho Dr., Ste. 114
Fax: 702-256-6280                                              Las Vegas, NV 89130
Attorneys for Plaintiff,                                       Phone: 702-240-6060
Lorena Chavez                                                  Fax: 702-240-4267
                                                               Counsel for Defendant,
                                                               Bodega Latina Corporation

**ORDER**

Based on the parties' stipulation [ECF No. 37] and good cause appearing, IT IS HEREBY ORDERED that this action is dismissed with prejudice, each party to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer Dorsey
January 22, 2018